THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Eugene Harris, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2009-UP-552
 Submitted November 2, 2009  Filed
November 19, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Kevin Scott Brackett, of York, for
 Respondent.
 
 
 

PER CURIAM: James Eugene Harris appeals his guilty pleas to trafficking in crack cocaine and possession of cocaine with intent to
 distribute.  On appeal, Harris
 contends his guilty pleas failed to comply with the mandates set forth in Boykin
 v. Alabama, 395 U.S. 238 (1969).  Specifically, Harris maintains the plea
 court erred in failing to advise him if he prevailed on his motion for a new
 trial, a jury could find him not guilty.  After
 a thorough review of the record, counsel's brief, and Harris's pro se brief
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Harris's appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
SHORT, THOMAS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.